UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CRAIG O'CONNOR,

                Plaintiff,                      Civil Action No.: CV-05-3886
                                                          STIPULATION
   - against-                                  Of DISCONTINUANCE

THE SPORTS AUTHORITY, INC. and
TSA STORES, INC. d/b/a
THE SPORTS AUTHORITY and
SPORTS AUTHORITY.

                Defendant,

-----------------------------------------------------------------X

     IT IS HEREBY STIPULATED by and between the undersigned, the attorneys of record for the parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the action hereby is discontinued, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: Williston Park, NY
         November 27, 2006

                                                              GEORGE BOSS, ESQ.
                                                              Attorney for Plaintiff
                                                               Craig O'Connor

                                                              ABILHEIRA & FERRARA, P.C.
                                                              Attorney for Defendants